# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Mardoqueo Salomon Lopez Zacarias ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 25-CV-13875-AK |
| ) | |
| v. ) | |
| ) | |
| Taylor Caswell, et al, ) | |
| ) | |
| Defendant (s). ) | |

## ORDER OF DISMISSAL

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order [Dkt. 15] entered on 2/9/2026 it is hereby

**ORDERED** that the above-entitled action be, and hereby is, **DISMISSED**.

Dated: 2/9/2026                                                                                                   By the Court,

/s/ Courtney Horvath
Deputy Clerk